VICTOR TALKING MACHINE CO. v. AMERICAN GRAPHOPHONE CO. (Circuit Court of Appeals, Second Circuit. November 13, 1911.) No. 94. Appeal from the Circuit Court of the United States for the Southern District of New York. Philip Mauro, C. A. L. Massie, and Ralph L. Scott, for appellant. Horace Pettit, for appellee. Before LACOMBE, COXE, and WARD, Circuit Judges.

PER CURIAM. Decree (189 Fed. 359) affirmed, on consent.

---

WHITNEY v. UNITED STATES. (Circuit Court of Appeals, Ninth Circuit. September 18, 1911.) No. 1,992. Appeal from the Circuit Court of the United States for the District of Idaho. See, also, 176 Fed. 593. Carey & Kerr and Hardy & Sawyer, for appellant. C. H. Lingenfelter, U. S. Atty.

PER CURIAM. Pursuant to telegraphic consent of counsel for appellee, motion to dismiss appeal granted.

---

WILSON, Appellant, v. PLUTUS MINING CO. et al. (Circuit Court of Appeals, Eighth Circuit. September 19, 1911.) No. 3,504. Appeal from the Circuit Court of the United States for the District of Utah. See, also, 174 Fed. 317, 98 C. C. A. 189. Alfred L. Booth, for appellant. A. L. Hoppaugh and Charles C. Dey, for appellees.

PER CURIAM. Dismissed, with costs, for want of prosecution, on motion of appellee.

---

LEHIGH VALLEY R. CO. v. UNITED STATES et al. (Commerce Court.) No. 49. Suit by the Lehigh Valley Railroad Company against the United States; Interstate Commerce Commission and Henry E. Meeker, intervening. On motion for preliminary injunction. Denied. Frank H. Platt (E. H. Boles, John G. Johnson, and Everett Warren, on the brief), for petitioner. Blackburn Esterline, Sp. Asst. Atty. Gen. (James A. Fowler, Asst. Atty. Gen., on the brief), for the United States. Charles W. Needham, for Interstate Commerce Commission. William A. Glasgow, Jr., for intervening shipper. Before KNAPP, Presiding Judge, and ARCHBALD, HUNT, CARLAND, and MACK, Associate Judges.

PER CURIAM. Without expressing any opinion as to whether the petition and supporting affidavits disclose a state of facts which, if established on the trial of the case, would entitle the petitioner to the relief prayed for, it is the judgment of the court, in view of the matters set forth in the report of the Commission, which is made a part of its order, and the presumptions of the validity of the order, that the motion for a preliminary injunction should be denied, and it will be so ordered.